**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ANGEL DOMINGUEZ | ) | BANKRUPTCY CASE NUMBER 09-12088 |
| KARINA DOMINGUEZ | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 7 | Fort Wayne Radiology<br>P.O. Box 5602<br>Fort Wayne, IN 46895 | $ 0.51 |
| CLAIM # 8 | Brooklyn Med Assoc/Dr. Lilly Bontrager<br>Billing Department<br>3534 Brooklyn Avenue<br>Fort Wayne, IN 46809-1361 | $ 1.80 |
| CLAIM #11 | Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $ 3.36 |
| CLAIM #12 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $ 3.92 |
| CLAIM #13 | GE Money Bank dba JCP Credit Svcs<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 2.21 |

| | | |
|---|---|---|
| CLAIM #15 | GE Money Bank dba JCP Credit Svcs<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 0.97 |
| CLAIM #16 | Verizon Wireless<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 0.62 |

**TOTAL:    $13.39**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of September, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven